IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-96-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYSEAN JAMAR PIGOTT, | ) | |

This matter came before the court upon motion by defendant for appointment of new counsel. (DE 23). For good cause shown, the court concludes that defendant's motion should be granted.

It is hereby ordered that the motion is ALLOWED. The Court ORDERS the Office of the Federal Public Defender to appoint new counsel for defendant, Tysean Jamar Pigott. It is also ORDERED that the arraignment is continued to the court's April 10, 2018, term in New Bern.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this _13_ day of February, 2018.

ROBERT B. JONES, JR.
United States Magistrate Judge